PEOPLE EX REL. JOHN EVANS ET AL. V. SAGINAW CIRCUIT
JUDGE.

*Order opening judgment by default not reviewable.*

When the Circuit Court opens a judgment by default, for alleged
errors, it is like granting a new trial, and is not open to review.
Discretion is not reviewable on mandamus.  *Per Curiam.*

Motion for order to show cause.   Submitted June 18.
Denied June 19.

*Dan P. Foote* for the motion.

*E. M. Joslin* against.

———◆———

PEOPLE EX REL. TRUMAN HUNT V. KALAMAZOO CIRCUIT
JUDGE.

*Stipulation to extend time for settling exceptions.*

When the counsel for both parties have stipulated to extend time
for settling exceptions, their stipulation removes the necessity
of following the rules, and the court has no right to disregard it.
*Per Curiam.*

Motion for order to show cause.   Submitted and
granted June 18.

*G. M. Buck* for the motion.

*T. R. Sherwood* against.